UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                        BKY 18-40123
Chapter 13

Casie Lynn Jordan,

        Debtor.

**ORDER RE: MOTION OF TRUSTEE FOR DISMISSAL OF CASE**

This case came before the Court on the motion of Kyle L. Carlson, the Trustee, for dismissal. Based on the agreement of the parties,

IT IS ORDERED:

1.      The Trustee's motion to dismiss is denied.

2.      To date, the debtor has paid $2,396.00 to the Trustee.

3.      In cure of current defaults in payment to the Trustee, the debtor shall make the following payments to the standing Trustee:

         a.      Resume regular monthly payment of $310.00 to the Trustee commencing in January 2019.

         b.      An extra $78.00 in the months of January through September 2019 and $72.00 in October 2019.

         c.      All payments due under 3a and 3b shall be received no later than the last business day of each month.

4.      If the debtor fails to make any payment required under paragraph 3 of this order, the Trustee shall file an affidavit attesting to the event of default, together with a proposed order of dismissal, which refers to this order and the event of default. Upon the filing of the affidavit, the Court may enter the proposed order, without further notice or hearing.

BY THE COURT

Dated: *December 21, 2018*

                                               /e/ Robert J. Kressel

                                               Robert J. Kressel
                                               United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/21/2018*
Lori Vosejpka, Clerk, by CN