**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY 18-40123 |
| | Chapter 13 |
| Casie Lynn Jordan, | |
|       Debtor. | |

**AFFIDAVIT OF DEFAULT**

I, Kyle L. Carlson, Chapter 13 Trustee, declare under penalty of perjury as follows:

    1.    The debtor is in default of payments due pursuant to this Court's order dated December 21, 2018.  The debtor failed to make the regular monthly plan payments and/or the required additional payments creating a default under the order in the amount of $504.00 as of March 29, 2019.

Dated:  April 15, 2019

                                                            /e/ Kyle L. Carlson
                                                             Kyle L. Carlson
                                                             Chapter 12 & 13 Trustee
                                                            PO Box 519
                                                            Barnesville, MN  56514
                                                           218-354-7356

**VERIFICATION**

    I, Kyle L. Carlson, Chapter 13 Trustee, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  April 15, 2019

                                                              /e/ Kyle L. Carlson
                                                              Kyle L. Carlson, Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: BKY 18-40123
Chapter 13
Casie Lynn Jordan,

       Debtor.

**ORDER**

      This case came before the Court on the filing of the Trustee's affidavit of default. The debtor is in default of payments due pursuant to this Court's order dated December 21, 2018. The debtor failed to make the regular monthly plan payments and/or the required additional payments creating a default under the order in the amount of $504.00 as of March 29, 2019. Based on all the files and record.

IT IS ORDERED:

      This case is dismissed under 11 U.S.C. § 1307.

Dated:

                                   Robert J. Kressel
                                   United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY 18-40123 |
| | Chapter 13 |
| Casie Lynn Jordan, | |
|       Debtor. | |

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

      The undersigned, being an employee of the standing Chapter 13 Trustee, declares that on the date indicated below, I served the attached Trustee's affidavit of default upon all entities named below by first class mail postage prepaid and to any entities who are filing users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

Casie Lynn Jordan
265 Myrtle Dr S
Annandale, MN 55302

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: April 15, 2019

                                                                       <u>/e/ Patricia Halverson</u>
                                                                       Patricia Halverson
                                                                       Chapter 13 Office