# UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

In re: CASIE LYNN JORDAN     Case No.: 18-40123-RJK

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

KYLE L CARLSON, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/15/2018.
2) The plan was confirmed on 06/26/2018.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/20/2018.
5) The case was dismissed on 04/15/2019.
6) Number of months from filing or conversion to last payment: 14.
7) Number of months case was pending: 15.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 58,327.50.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $3,056.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $3,056.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $705.79 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $249.64 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $955.43 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN ACCOUNTS & ADVISORS INC | Unsecured | 1,057.37 | NA | NA | .00 | .00 |
| AMERICAN FINANCIAL RESOURCES | Secured | 82,390.00 | 89,983.29 | .00 | .00 | .00 |
| AMERICAN INFOSOURCE LP | Unsecured | 469.92 | 1,183.76 | 1,183.76 | .00 | .00 |
| ANNANDALE PUBLIC SCHOOLS | Unsecured | 397.95 | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 5,360.00 | 5,360.03 | 5,360.03 | .00 | .00 |
| BECKET & LEE LLC | Unsecured | 14,399.00 | 14,399.27 | 14,399.27 | .00 | .00 |
| BUFFALO HOSPITAL | Unsecured | NA | NA | NA | .00 | .00 |
| CARDINAL KIDS CLUB | Unsecured | 459.00 | NA | NA | .00 | .00 |
| CENTERPOINT ENERGY | Unsecured | 331.38 | 529.17 | 529.17 | .00 | .00 |
| CENTERPOINT ENERGY | Unsecured | 176.90 | NA | NA | .00 | .00 |
| CITY OF ANNANDALE | Unsecured | 382.71 | NA | NA | .00 | .00 |
| CREDIT SOLUTIONS OF KENTUCKY | Unsecured | NA | NA | NA | .00 | .00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 155.23 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

In re: CASIE LYNN JORDAN  Case No.: 18-40123-RJK

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EPPA | Unsecured | 44.87 | NA | NA | .00 | .00 |
| FIRST COLLECTION SERVICE | Unsecured | 222.60 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 1.00 | .00 | .00 | .00 | .00 |
| LOANCARE SERVICING CENTER INC | Secured | NA | 12,458.87 | 12,458.87 | 2,100.57 | .00 |
| METROPOLITAN ANESTHESIA NETWORK | Unsecured | NA | NA | NA | .00 | .00 |
| MINNCO CREDIT UNION | Unsecured | 2,262.00 | NA | NA | .00 | .00 |
| MN DEPT OF REVENUE | Priority | 1.00 | NA | NA | .00 | .00 |
| MONARCH RECOVERY MGMT | Unsecured | 459.79 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT | Unsecured | NA | NA | NA | .00 | .00 |
| NOT PAYING UNTIMELY FILED UNSECU | Unsecured | NA | NA | NA | .00 | .00 |
| PRA - PORTFOLIO RECOVERY ASSOCIA | Unsecured | 459.00 | 459.79 | 459.79 | .00 | .00 |
| RELIANCE RECOVERIES | Unsecured | 2,985.02 | 5,540.66 | 5,540.66 | .00 | .00 |
| RELIANCE RECOVERIES | Unsecured | 1,799.64 | NA | NA | .00 | .00 |
| SHAPIRO & ZIELKE | Unsecured | NA | NA | NA | .00 | .00 |
| SHAPIRO & ZIELKE LLP | Unsecured | NA | NA | NA | .00 | .00 |
| SUNRISE CREDIT SERVICES INC | Unsecured | 5,360.03 | NA | NA | .00 | .00 |
| TREAT MISC SECURED AS UNSECURED | Secured | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 6,954.00 | 6,128.62 | 6,128.62 | .00 | .00 |
| VERIZON | Unsecured | NA | NA | NA | .00 | .00 |
| WELLS FARGO SERVICING CENTER | Unsecured | 10,178.00 | 9,896.35 | 9,896.35 | .00 | .00 |
| WINDSTREAM COMMUNICATIONS | Unsecured | 169.41 | 222.60 | 222.60 | .00 | .00 |
| WINDSTREAM COMMUNICATIONS | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA
### MINNEAPOLIS DIVISION

In re: CASIE LYNN JORDAN          Case No.: 18-40123-RJK

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| XCEL ENERGY | Unsecured | 745.25 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 12,458.87 | 2,100.57 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 12,458.87 | 2,100.57 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 43,720.25 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $955.43 |
| Disbursements to Creditors: | $2,100.57 |
| **TOTAL DISBURSEMENTS:** | $3,056.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 04/17/2019        By: /s/KYLE L CARLSON
                                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.